UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Terrance Spence DIN# 13A5242

_(In the space above enter the full name(s) of the plaintiff(s).)_

14CV 8848

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

-against-

E.S.U Captain John Doe #1,
E.S.U Captain John Doe #2,
E.S.U Officer John Doe #1,
E.S.U Officer John Doe #2,
E.S.U Officer John Doe #3,
E.S.U Officer John Doe #4,
E.S.U Officer John Doe #5.

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED
NOV - 5 2014
PRO SE OFFICE

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name Terrance Spence
ID # 13A5242
Current Institution Coxsackie Correctional Facility
Address PO Box 999
Coxsackie, NY 12051-0999

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name E.S.U Captain John Doe #1  Shield # unknown
Where Currently Employed N.Y.C Department of Corrections
Address 11-11 Hazen Street
East Elmhurst, New York 11370

Rev. 05/2010                                    1

Defendant No. 2    Name E.S.U Captain John Doe #2    Shield # unknown
Where Currently Employed N.Y.C Department of Corrections
Address 11-11 Hazen Street
East Elmhurst, New York 11370

Defendant No. 3    Name E.S.U Officer John Doe #1    Shield # unknown
Where Currently Employed N.Y.C Department of Corrections
Address 11-11 Hazen Street
East Elmhurst, New York 11370

Defendant No. 4    Name E.S.U Officer John Doe #2    Shield # unknown
Where Currently Employed N.Y.C Department of Corrections
Address 11-11 Hazen Street
East Elmhurst, New York 11370

Defendant No. 5    Name E.S.U Officer John Doe #3    Shield # unknown
Where Currently Employed N.Y.C Department of Corrections
Address 11-11 Hazen Street
East Elmhurst, New York 11370

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
Robert N. Davoren Center, 11-11 Hazen Street East Elmhurst New York 11370

B. Where in the institution did the events giving rise to your claim(s) occur?
Housing Area 2 Central North side, Hallway from Housing Area 2 central to Intake Area, Intake Area, Housing Area Tier, A and B gate Area and cell

C. What date and approximate time did the events giving rise to your claim(s) occur?
January, 10 2014 at 5:30 Am

D. Facts: *[What happened to you?]* On January 10 2014 at 5:30 Am an E.S.U unit entered housing Area 2 central North side. They proceeded to conduct a search. When I was reached for my cell to be searched, my cell was searched, then I was searched by the two *[Who did what?]* unknown E.S.U officers that searched my cell, then cuffed, cutting the circulation off in my left hand, and placed back in the cell. I was in my cell in this condition for almost three hours. At about 8:30 Am, two unknown E.S.U officers, removed me from my cell. At this time I told *[Was anyone else involved?]* the two unknown E.S.U officers that my left-wrist and hand was injured then requested medical attention. I was ignored. Another unknown E.S.U Captain was present, I then tried to tell him the same about my injuries and again was ignored. Then I was *[Who else saw what happened?]* dragged out of the Housing Area by my arms. From there I was escorted by another E.S.U officer to the intake area where I also let him know about my situation and again ignored. I then seen another E.S.U Captain and tryed let him know but was then again ignored. I was not given medical attention until 2:00 PM that day.

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Temporary paralosis, contusion, abrasions to my left-wrist, and reduced feeling near thumb area, nerve damage. I was given a cast, pain medication, and Occupational therapy.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
Robert N. Davoren Center 11-11 Hazen Street East Elmhurst, New York 11370

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ~~___~~

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓   No ___   Do Not Know ~~___~~

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? _____

2. What was the result, if any? _____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: Yes was not given a chance to file a grievance. Was sent back to the New York State Department of Corrections and community Supervision.

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: Housing Area Officer and Captain. An investigation was started where another captain came to interview me and took pictures of injury.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I am seeking monetary compensation in the amount of five million dollars ($5,000,000) for injuries sustained, further medical treatment, and permanant injuries sustained from incident.

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes ____ No ____
      If NO, give the approximate date of disposition _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
    Yes ____  No ✓

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes ____ No ____
      If NO, give the approximate date of disposition _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

*Rev. 05/2010*

6

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

                        Signature of Plaintiff  *Terrance Spence*
                        Inmate Number  13A5242
                        Institution Address  Coxsackie C.F
                        PO Box 999
                        Coxsackie, New York 12051-0999

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 31 day of October, 2014, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                        Signature of Plaintiff: *Terrance Spence*

Sworn before me this 31st day of October 2014

*Kenneth Wilsey*
Notary Public

KENNETH R. WILSEY
Notary Public – State of New York
No. 01WI6296942
Qualified in Albany County
My Commission Expires Feb. 10, 20 18