UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Terrance Spence 13A5242

*(In the space above enter the full name(s) of the plaintiff(s).)*

RECEIVED
SDNY PRO SE OFFICE

2015 DEC 16 AM 10: 17

**AMENDED
COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

-against-

New York City Department of Correction,
Commissioner Joseph Ponte, First Deputy
Commissioner Lewis Finkelman, E.S.U.
Captain McQuade, et. Al.

Jury Trial: ☑ Yes ☐ No
(check one)

14 Civ. 8848 (Jpo)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of
     confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
     as necessary.

Plaintiff's     Name Terrance Spence
                ID# 13A5242
                Current Institution Wyoming C. F.
                Address Po Box 501
                         Attica, New York 14011-0501

B.   List all defendants' names, positions, places of employment, and the address where each defendant
     may be served. Make sure that the defendant(s) listed below are identical to those contained in the
     above caption. Attach additional sheets of paper as necessary.

Defendant No. 1     Name New York City Dept. of Correction Shield #
                    Where Currently Employed
                    Address

| Defendant No. 2 | Name Joseph Ponte _____ Shield #_____ |
| | Where Currently Employed Unknown _____ |
| | Address _____ |

| Defendant No. 3 | Name Lewis Finkelman _____ Shield #_____ |
| | Where Currently Employed unknown _____ |
| | Address _____ |

Who did what?

| Defendant No. 4 | Name Captain McQuade _____ Shield # 1645 |
| | Where Currently Employed unknown _____ |
| | Address _____ |

| Defendant No. 5 | Name _____ Shield #_____ |
| | Where Currently Employed _____ |
| | Address _____ |

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?

Robert N. Davoren center, 11-11 Hazen St. East Elmhurst, New York 11370

B. Where in the institution did the events giving rise to your claim(s) occur?

Housing Area 2 Central North Side

C. What date and approximate time did the events giving rise to your claim(s) occur?

January 10 2014 at about 5:30 AM

What happened to you?

D. Facts: On January 10 2014 at about 5:30 AM, an E.S.U team entered the housing area and started a search. when I was reached for my cell to be searched, I was searched then placed in plastic handcuffs that

*Rev. 01/2010*

2

cut off the circulation and feeling in my left-wrist due to them being extremely tight. After my cell was searched I was placed back in my cell after it was searched. I was kept in this condition even after making a complaint to these two unknown E.S.U Officers. I was left in this condition in my cell till about 8:30 AM. Then I was removed from my cell and made another verbal complaint to E.S.U Captain McQuade and another unknown E.S.U Captain and was ignored. Then I was dragged from the housing Area by my arms and placed on my knees. When I sat down I was kicked by an unknown E.S.U Officer. Then I was escorted to the RNDC'S Intake Area where I tried to let several others know of my need for medical attention. I was not given medical attention until 2:00 PM.

Was anyone else involved?

Who else saw what happened?

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Temporary Paralosis, contusions, and abrasions to my left-wrist. I was treated with a cast, Pain Medication, and occupational therapy.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Robert N Davoren Center, 11-11 Hazen Street
East Elmhurst New York 11370.

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ✓

If YES, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

1. Which claim(s) in this complaint did you grieve?

2. What was the result, if any?

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
Yes, was not given the chance because I was transfered back to the New York State Department of Corrections and Community Supervision.

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

I informed my housing area captain that day. An investigation was launched where I was interviewed by Captain Crawford and a written report was ~~made~~ made and pictures where taken of my injury.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I am seeking a monetary compensation in the amount of one million dollars (1,000,000) for injuries sustained while a ward of the state in the custody of the New York City Department of Corrections, further medical treatment, mental distress, and permanent injuries sustained from the incident.

_____

_____

_____

_____

**VI.    Previous lawsuits:**

On
these
claims

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____  No __✓__

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.    Parties to the previous lawsuit:

   Plaintiff _____
   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____
   _____

   3.    Docket or Index number _____

   4.    Name of Judge assigned to your case_____

   5.    Approximate date of filing lawsuit _____

   6.    Is the case still pending?  Yes _____  No _____

   If NO, give the approximate date of disposition_____

   7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
   _____

   _____

On
other
claims

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____   No __✓__

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.    Parties to the previous lawsuit:

   Plaintiff _____
   Defendants _____

   2.    Court (if federal court, name the district; if state court, name the county) _____
   _____

   3.    Docket or Index number _____

   4.    Name of Judge assigned to your case_____

   5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____  No _____
      If NO, give the approximate date of disposition_____

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there
      judgment in your favor?  Was the case appealed?) _____
      _____
      _____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

                              Signature of Plaintiff   _Tiffanie Spence_
                              Inmate Number           13A5242
                              Institution Address     Wyoming C.F.
                                                      PO Box 501
                                                      Attica, New York
                                                      14011-0501


Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
       their inmate numbers and addresses.


I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for
the Southern District of New York.


                              Signature of Plaintiff:  _____

Rec OTC 1/9/14 Via Rikers

# Inter-System Transfer / Pre-Screening Form – Medical Information

| NAME | SPENCE, TERRANCE    00000000 | |
|---|---|---|
| | DOWNSTATE C.F. | DATE OF BIRTH: (mm/dd/yyyy) |
| | DOWNSTATE, NY 00000 | 12/24/85 |
| B & C: | 24-DEC-85 B N M 5'7"   205 BRO BLK    ~ C | DIN: (State use only) |
| | NY M | |
| | SPENCE, YVETTE       WF | 13 A 5242 |

Genera accomp    8751400038   01789814L 09-JAN-14     ~~sections~~ of this form when the health record does not

~~...~~ ~~information per~~ ☑ Chart Review ☐ Direct Encounter

## SECTION I:

If "Yes" to any question #1 – 7, complete the form and **do not transfer patient** without contacting NYS Pre-Screening staff at Rikers Island (718-546-7241) or coordinating transfer information with the receiving facility medical staff to ensure medical supply/equipment access and follow up services are timely.

1. Pregnant      ☒ No   ☐ Yes

2. Currently housed in an infirmary or isolation unit (if yes, or recurrently discharged, attach discharge summary):    ☒ No   ☐ Yes

3. Physical disability (if yes, check below):    ☒ No   ☐ Yes

     ☐ Wheelchair    ☐ Brace/Splint    ☐ Crutches
     ☐ Cane        ☐ Prosthesis    ☐ Walker

4. Requires durable medical equipment such as CPAP/Bi-PAP, insulin pump, infusion line, trachea suction.    ☒ No   ☐ Yes

5. Unstable medical condition (i.e. recent seizure activity, significant hypo/hyperglycemic events) or transfer will interrupt ongoing speciality care such as dialysis, receiving chemotherapy/radiation therapy.    ☒ No   ☐ Yes

6. Known exposure to or active illness with transmittable infectious disease (i.e. as active TB, MRSA, acute hepatitis A/B/C, measles, mumps, chicken pox, contact precautions, etc).    ☒ No   ☐ Yes

7. Requires methadone/narcotic, injectable medications, any 1:1 drugs, special order medication or dressing material.    OMH meds    ☐ No   ☒ Yes

## SECTION II:

Does the inmate have a problem with any of the following? Provide pertinent details.

| | | |
|---|---|---|
| Language Barrier | ☒ No ☐ Yes | (Describe _____) |
| Speech Impairment | ☒ No ☐ Yes | Deaf ☐ No ☐ Yes   Mute ☐ No ☐ Yes |
| Legally Blind | ☒ No ☐ Yes | Blind ☐ No ☐ Yes   One Eye ☐ Both Eyes ☐ |
| Asthma | ☐ No ☒ Yes | |
| Diabetes | ☐ No ☒ Yes | —joined or wasn't tx stopped '10 |
| Seizures Disorder | ☒ No ☐ Yes | |
| HTN/CVD | ☒ No ☐ Yes | |
| HIV | ☒ No ☐ Yes | |
| Dental | ☐ No ☐ Yes | |

Other significant problems: (C) wrist ORIF 2012, Adj. D/D, Seasonal Allergies

**Health Services Division**

## Inter-System Transfer / Pre-Screening Form – Medical Information

NAME:    SPENCE, TERRANCE    00000000     (First)

DOWNSTATE C.F.

B & C #: (N    DOWNSTATE, NY 00000

24-DEC-85 B N M 5'7"    205 BRO BLK

NY M

SPENCE, YVETTE     WF

DATE OF BIRTH: (mm/dd/yyyy)   12/24/85

DIN: (State usa only)   13A5242

Allergies: 8751400038   01789814L 09-JAN-14

Medications: ☐ No   ☒ Yes   (Attach Medication t... or /List below – include dosage and frequency)

– Albuteral MAT ttpiff TID PRN

### SECTION III: DIAGNOSTIC DATA [ATTACH ANY SIGNIFICANTLY ABNORMAL TEST]

| Test | Date Done | Result | Test | Date Done | Result | Test | Date Done | Result |
|---|---|---|---|---|---|---|---|---|
| RPR/FTA | 12-13 | NR | Pap Smear | | | Anti-HAV | | |
| HIV | | | GC/Chlamydia | | | HBsAg | 12/13 | (−) |
| CD4 | | | Pregnancy | | | Anti-HBs | 12/13 | (+) |
| Viral Load | | | Mammogram | | | Anti-HBc | 12/13 | (−) |
| EKG | | | Other Cholesterol | 12-3-13 | 179 | Anti-HCV | | |
| | | | Triglycerides | 12-3-13 | 129 | | | |
| | | | Glucose | 12-3-13 | 88 | | | |

### SECTION IV: IMMUNIZATION RECORD

| Vaccine Name | Date Given | Vaccine Name | Date Given | Vaccine Name | Date Given |
|---|---|---|---|---|---|
| Hepatitis B #1 | 5/10 | Twinrix #1 | | Meningococcal | |
| Hepatitis B #2 | 7/10 | Twinrix #2 | | Pneumococcal | |
| Hepatitis B #3 | 12/10 | Twinrix #3 | | Tetanus Toxoid | |
| Hepatitis A #1 | 5/10 | MMR | 3-17-10 | Influenza | |
| Hepatitis A #2 | 7/10 | Varicella | | Diptheria/Tetanus | 2-6-06 |
| | | Polio/PV | | | |

PPD: Date Admin _____ Date Read _____ Result Neg ℮ R.I. 3-3/13 (mm) (Neg)    Pos _____

CXR: Date 12-3-13 Result Norma     (If abnormal, provide film copy with report)

FORM COMPLETED BY: (Print Name/Title)   F. Romain RN2

SIGNATURE

DATE: (mm/dd/yyyy)   1/8/14

PHONE #   845-831-6600

COMPLETED AT: (Facility Full Name)   Downstate Corr Fac

CHS 337 (7/05)    COPIES: White (Receiving Institution); Canary (Intransit Institution); Pink (Sending Institution)    Page 2 of 2

DOCCS 3611A2 (9/11)



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

NYC Health

## COLLATERAL INFORMATION NOTE

| PATIENT'S LAST NAME | FIRST NAME | BOOK & CASE NUMBER |
|---|---|---|
| Spence | Terrance | 875140036 |

| NYSID Number | DATE | DOB | FACILITY | HOUSING LOCATION |
|---|---|---|---|---|
| 017898142 | 1/9/14 | 12/24/85 | KNDC | KR |

**PROVIDER**

DATE ATTEMPTED CONTACT WITH COMMUNITY PROVIDER:
☐ 1st Attempt        ☐ 2nd Attempt          CONTACT SUCCESSFUL:   ☐ YES   ☐ NO

IF NO CONTACT, PLEASE EXPLAIN:

PROVIDER: _Transfer in from Downstate_

DIAGNOSES: _____

RECENT MEDICATIONS/DOSAGES: _____

DATES OF TREATMENT: _____

COMPLIANCE: _____

FUNCTIONAL STATUS: _____

**FAMILY MEMBER**

DATE ATTEMPTED CONTACT WITH A FAMILY MEMBER:
☐ 1st Attempt        ☐ 2nd Attempt          CONTACT SUCCESSFUL:   ☐ YES   ☐ NO

IF NO CONTACT, PLEASE EXPLAIN:

NAME OF PROVIDER: _____

MEDICATION: _____

TREATMENT HISTORY: _____

DESCRIPTION OF DAILY LIFE: _____

SUGGESTIONS FOR CARE: _____

_____        X ___1/9/14___
SIGNATURE                                          DATE

Give my consent to Mental Health to discuss my Med/Psych/Substance Conditions with:

FAMILY / PERSONAL CONTACT: _____

ADDRESS: _____                 PHONE #: (_____)_____

X _____                          X _____
MENTAL HEALTH STAFF – PRINT AND SIGN              TITLE



**SPENCE, TERRANCE**
NYSID: 01789814L BookCase: 8751400038
Facility Code: RNDC Housing Area: RR
28 Y old Male, DOB: 12/24/1985
DOWNSTATE C.F., 10, DOWNSTATE, NY-10460

Insurance: Self Pay
Appointment Facility: Robert N. Davoren Center (Adolescents)

01/09/2014                              Appointment Provider: Daniel Ashitey, PA

**Current Medications**
None

**Past Medical History**
Asthma
DM Type 2
Traumatism, trauma
Amphetamine abuse
Cocaine dependence, episodic abuse
Polysubstance dependence

**Allergies**
fish: anaphylaxis: Allergy

**Reason for Appointment**
1. State Transfer In; Fast track
2. 28 y/o male state intake with h/o asthma; uses albuterol mdi. Also alludes to h/o DM, but claims "I don't take any medicine; I stopped taking medicine in 2010". Patient also claims"I take psych meds;" On Benadryl and zoloft
3. Currently denies any s/h ideations; no a/v hallucinations. Will refer to mental health for evaluation for medication
4. As per ecw review A1C on 3/30/2013=5.0; 0n 7/15/2013= 5.1. Finger stick on presentation today =100mg/dl
5. Patient IS NOT DIABETIC, and will not clasify as such

**History of Present Illness**
TEMPLATES:

    State Transfer In/FAST TRACK
Patient Chart Reviews:
    Patient Labs Review (Completed by: NURSING)
    Intake History and Physical Documented:  Yes
    RPR Date:  12/03/2013 /
    RPR Results:  Negative/
    PPD/QFT Reading Date:  12/03/2013 /
    PPD/QFT Results:  Negative/
    CXR Date:  12/03/2013 /
    CXR Results:  Normal /
    Priority Review Required:  Yes
    Reason Priority Chart Required:  Other (Please describe) Fast Track

    Patient Status Review (Completed by: NURSING)
    Chronic Care Issues:  Yes/DM, Asthma
    Requires Medication:  Yes/Albuterol
    Mental Health Follow-Up:  Routine/
    Allergies updated (In "Allergies"):  Yes/Fish
    Past Vaccinations Documented (In "Immunizations"):  Yes/
    Requires Therapeutic Diet:  Yes/

VISIT COMPLEXITY SCALE:
    INTAKE ACUITY
    Intake Acuity Scale  3: 2 or 3 chronic conditions

Patient: SPENCE, TERRANCE   DOB: 12/24/1985   Progress Note: Daniel Ashitey, PA   01/09/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterI...   10/6/2014

## Vital Signs

| Ht | | |
|---|---|---|
| 5 ft 7 in | 01/09/2014 08:20:28 PM | Dionne James |

| Wt | | |
|---|---|---|
| 203 | 01/09/2014 08:20:28 PM | Dionne James |

| BMI | | |
|---|---|---|
| 31.79 | 01/09/2014 08:20:28 PM | Dionne James |

| BP | | |
|---|---|---|
| 107/65 | 01/09/2014 08:20:28 PM | Dionne James |

| Pulse | | |
|---|---|---|
| 99 | 01/09/2014 08:20:28 PM | Dionne James |

| RR | | |
|---|---|---|
| 16 | 01/09/2014 08:20:28 PM | Dionne James |

| Temp | | |
|---|---|---|
| 98.2 | 01/09/2014 08:20:28 PM | Dionne James |

| Peak Flow | | |
|---|---|---|
| 520 | 01/09/2014 10:40:39 PM | Uchenna Konkwo |

| SaO2 | | |
|---|---|---|
| 99 | 01/09/2014 10:40:39 PM | Uchenna Konkwo |

| Glucose | | |
|---|---|---|
| 100 | 01/09/2014 09:45:12 PM | Shachana Harris |

### Physical Examination
Not indicated at this current moment; patient has no medical complaints; fast track.

### Assessments
1. Screening examination for pulmonary tuberculosis - V74.1 (Primary)
2. ASTHMA NOS - 493.90, ; well controlled
3. Screening examination for unspecified infectious disease - V75.9
4. Mood disorder NOS - 296.90
5. HX-SEAFOOD ALLERGY - V15.04
6. OBESITY NOS - 278.00, ; BMI > 30

### Treatment
1. **Screening examination for pulmonary tuberculosis**
   LAB: QUANTIFERON-TB IN-TUBE NY

Patient: SPENCE, TERRANCE   DOB: 12/24/1985   Progress Note: Daniel Ashitey, PA   01/09/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterI...          10/6/2014

**2. ASTHMA NOS**
Start Albuterol Sulfate HFA Aerosol Solution, 108 (90 base) MCG/ACT,
2 puffs, po/inh, qid/prn, 90 days, Pharmacy, Refills 0

**3. Screening examination for unspecified infectious disease**
   LAB: Rapid HIV Test

**4. Mood disorder NOS**
Referral To:Mental Health RNDC    Mental health
         Reason:h/o mood d/o; on psych meds

**5. OBESITY NOS**
Referral To:Dietary (REF) RNDC    Dietary
         Reason:obesity

**Immunization**
Pneumococcal - Refused
Hepatitis B (20 and more) - Refused : 1.0 mL
Influenza - Refused

**Preventive Medicine**
Counseling:
    Smoking .
    Seatbelts .
    Guns in home .
    Alcohol and drugs .

    Diet .
    Exercise .
    Injury prevention .
    Sexual practices .
    Domestic violence .

**Procedure Codes**
90732 Pneumococcal - Refused
90746 Hepatitis B (20 and more) - Refused
90746 HEP B VACCINE, ADULT, IM
90658 Influenza - Refused

Disposition: Mental Health


**Appointment Provider: Daniel Ashitey, PA**



---

Patient: SPENCE, TERRANCE   DOB: 12/24/1985   Progress Note: Daniel Ashitey, PA   01/09/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterI...        10/6/2014

Electronically signed by Daniel Ashitey PA on 01/09/2014 at 11:59 PM EST

Sign off status: Completed

Robert N. Davoren Center (Adolescents)
11-11 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-6950
Fax:

Patient: SPENCE, TERRANCE   DOB: 12/24/1985   Progress Note: Daniel Ashitey, PA   01/09/2014

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



# CORRECTION DEPARTMENT
## CITY OF NEW YORK

| | | |
|---|---|---|
| **INJURY TO INMATE REPORT** | Page 1 of 2 Pages | Form: #167R-A<br>Rev.: 01/31/09<br>Ref.: Dir. #4316R-A |



**INSTRUCTIONS:** Original Report to Security, One copy to Clinic Lock Box, One copy to Inmate Medical File.

| Command: RNDC | Date: 1/10/14 | CO/OA/OF #: | Injury #: 1918F/14 |
|---|---|---|---|

**TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY).**

Inmate Name (Last Name, First Name): Spence Terrence.

| Location: 2CN | Work: | NYSID #: 01789814L | Book & Case/Seq #: 87514D0038 |
|---|---|---|---|

Details: On Friday January 10, 2014 at appox. 1415 hrs Inmate Spence Terrance #87514D0038 claims he reinjured his left wrist.

Supervisor Notified (Print Last Name, First Name, Rank, Shield #): Capt Katup

| | Date: 1/10/14 | Time: Appox 1415 Hrs. |
|---|---|---|

Employee: I ☐ (Did) ☑ (Did Not) Witness This Injury.   Employee Signature:   Rank/Title: C.O   Shield/ID #: 14954

---

**TO BE COMPLETED BY MEDICAL STAFF ONLY. (PLEASE PRINT CLEARLY.)**

| Date of Injury: 1/10/14 | Reported for Medical Attention: Date 1/10/14 1830 Hrs. | Inmate Refused Medical Attention: ☐ Yes ☑ No | Visible Injuries: ☑ Yes ☐ No |
|---|---|---|---|

Medical Staff Must Note Location of Injury:

Nature of Injury and Cause: Cause of injury is as stated above. Patient claims total injury in lieu of fall a unit Doc. Nature of Injury: Left Wrist pain, mild erythema

Treatment: ① Education / Assurance ② ice pack ③ pain medication ④ X-Ray to urgicare

Treated By/Examined By (Print and Sign Full Name): DANIEL ABHITLEDOS   Title: RMC

Referrals to Other Medical Services (If Yes, Document Medical Findings): ☑ Yes ☐ No
X-Ray / Urgicare

Treated By/Examined By (Print and Sign Full Name): DANIEL ABHITE DOS   Title: RMC

Please Check Disposition: ☐ Return to Housing Area   ☐ Work Release ___ Days   ☐ Light Duty ___ Days   ☐ Refers to Work Assignment   ☐ Re-Exam ___ Days   ☐ Refer to Clinic   ☐ Return to School

Transfer to Hospital (Indicate Name of Hospital): ☐ Life Threatening Emergency   ☐ Routine

Other (Please Specify):

Treated By (Print Full Name and Title, Sign Name): DANIEL ABHITE DOS RMC   Date: 1/10/14   Time: 7:45 Hrs.

---

I certify that the cause of injury as stated herein is to my knowledge true and medical attention was provided:

| Inmate Signature: | B&C / Seq #: 87514D0038 | Date: 1/10/14 |
|---|---|---|
| Witnessed By (Signature): | Rank/Title: C/O   Shield /I.D. #: | Date: 1/10/14 |



**Health**
**Correctional Health Services**

Insurance: Self Pay

# SPENCE, TERRANCE

NYSID: 01789814L BookCase: 8751400038
Facility Code: RNDC Housing Area: 2CN
28 Y old Male, DOB: 12/24/1985
DOWNSTATE C.F., 10, DOWNSTATE, NY-10460

Appointment Facility: Robert N. Davoren Center (Adolescents)

01/10/2014

Appointment Provider: Daniel Ashitey, PA

## Current Medications
Albuterol Sulfate HFA 108 (90 base)
MCG/ACT Aerosol Solution 2 puffs qid / prn,
stop date 04/09/2014

## Past Medical History
Asthma
DM Type 2
Traumatism, trauma
Amphetamine abuse
Cocaine dependence, episodic abuse
Polysubstance dependence

## Allergies
fish: anaphylaxis: Allergy

## Reason for Appointment
1. Injury report # 1918

## History of Present Illness
TEMPLATES:

Rikers Injury Report
Injury Report:
    General
        Injury Report #:  1918 /
        Event Location:  Housing Area /
        Intentionality:  Unintentional /
        Cause:  DOC use of force / alleged attack by staff /
        Verified Injury:  Injury by history only /
        Did the patient have a blow to the head? No /
        Did the patient ever lose consciousness? No /
        Was the patient ever dazed and confused after injury?  No /
VISIT COMPLEXITY SCALE:
    NON-INTAKE ACUITY
        Non-Intake Acuity Scale 2: Complicated sick call (problem
*requiring diagnostic evaluation, documented history, physical exam,*
*specified follow up) OR One chronic condition addressed with*
*components specified in (3)*

## Vital Signs

| BP | | |
|---|---|---|
| 110/84 | 01/10/2014 05:38:55 PM | Daniel Ashitey |
| **Pulse** | | |
| 75 | 01/10/2014 05:38:55 PM | Daniel Ashitey |
| **RR** | | |
| 16 | 01/10/2014 05:38:55 PM | Daniel Ashitey |
| **Temp** | | |
| 98.8 | 01/10/2014 05:38:55 PM | Daniel Ashitey |
| **Pain scale** | | |

Patient: SPENCE, TERRANCE   DOB: 12/24/1985   Progress Note: Daniel Ashitey, PA   01/10/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterl...   10/6/2014

| 8 | 01/10/2014 06:03:20 PM | Daniel Ashitey |

**Examination**

General Examination:

GENERAL APPEARANCE: well-developed, no acute distress.
HEENT: **HEAD:-**, normocephalic, atraumatic, no scalp lesions, **EYES:-**, PERRLA, EOMI.
ORAL CAVITY: normal.
NECK: supple, non-tender.
HEART: normal.
CHEST: normal, CHEST WALL:-, non-tender.
LUNGS: clear to auscultation bilaterally.
ABDOMEN: soft, NT/ND, BS present.
SKIN: mild erythema left wrist ; no break in skin.
EXTREMITIES: radial side of left wrist is + for tenderness; (past hx of left wrist fx with ORIF 2012); ROM < due to tenderness; mild skin erythema; no gross swelling noted. skin is intact; no open wound.
PERIPHERAL PULSES: normal.
BACK: unremarkable.
MUSCULOSKELETAL: shoulders full range of motion.
NEUROLOGIC EXAM: <ROM left wrist.

**Assessments**

1. Contusion - 861.01, ; left wrist; past h/o Lt wrist fx 2012; r/o re-injury (new fx); stable

**Treatment**

**1. Contusion**

Start Tylenol Tablet, 325 MG, 2 tabs, Orally, bid/prn, 4 days; stat, Pharmacy, Refills 0
Diagnostic Imaging:Wrist Left Ap, Oblique, Lateral (XRAY)
education / assurance; ice pack; tylenol for pain ; x-ray to /urgicare; accepted by Dr Meletiche; RN and DOC informed.

Disposition: X-Ray/Urgicare

Appointment Provider: Daniel Ashitey, PA

Electronically signed by Daniel Ashitey PA on 01/10/2014 at

Patient: SPENCE, TERRANCE  DOB: 12/24/1985  Progress Note: Daniel Ashitey, PA  01/10/2014
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterI...  10/6/2014

10:54 PM EST

Sign off status: Completed

Robert N. Davoren Center (Adolescents)
11-11 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-6950
Fax:

Patient: SPENCE, TERRANCE   DOB: 12/24/1985   Progress Note: Daniel Ashitey, PA   01/10/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



## SPENCE, TERRANCE

**Health**
**Correctional Health Services**

Insurance: Self Pay

NYSID: 01789814L  BookCase: 8751400038
Facility Code: RNDC  Housing Area: 2CN
28 Y old Male, DOB: 12/24/1985
DOWNSTATE C.F., 10, DOWNSTATE, NY-10460

Appointment Facility: West Facility

01/10/2014

Appointment Provider: CARLOS MELETICHE, MD

### Current Medications
Albuterol Sulfate HFA 108 (90 base)
MCG/ACT Aerosol Solution 2 puffs qid /prn,
stop date 04/09/2014
Zoloft 100 mg Tablet 150mg At Bedtime, stop
date 01/17/2014
Benadryl 100 mg Capsule 2 tabs At Bedtime,
stop date 01/17/2014

### Past Medical History
Asthma
DM Type 2
Traumatism, trauma
Amphetamine abuse
Cocaine dependence, episodic abuse
Polysubstance dependence

### Allergies
fish: anaphylaxis: Allergy

### Reason for Appointment
1. Involved in use of force with DOC and C/O of severe pain to left wrist.
Unable to move it and has diminished sensation around the thumb.
AML RN

### History of Present Illness
Notes::
    UTD with tetanus toxoid. AML RN
    Above history confirmed. Inmate also endorses prior left distal
radius fracture requiring hardware insertion three years ago. CM MD.

### Vital Signs

| BP | | |
|---|---|---|
| 115/78 | 01/10/2014 10:34:39 PM | AnneMarie Legrand |
| **Pulse** | | |
| 76 | 01/10/2014 10:34:39 PM | AnneMarie Legrand |
| **RR** | | |
| 16 | 01/10/2014 10:34:39 PM | AnneMarie Legrand |
| **Temp** | | |
| 98.0 | 01/10/2014 10:34:39 PM | AnneMarie Legrand |

### Examination
General Examination:
    GENERAL APPEARANCE: well-hydrated, no acute distress.
    HEENT: **HEAD:-**, normocephalic, atraumatic, **EYES:-**, EOMI,
**ORAL CAVITY:-**, moist mucosa.
    NECK: GENERAL:-, supple.
    EXTREMITIES: Left wrist with painful ROM; TTP along the
extensor pollicis longus; Thumb sensation and motor function intact.
    Balance of exam is non-contributory.

### Assessments

Left Wrist Sprain
Prelim rads left wrist: Distal radius hardware in place; No new fracture

Patient: SPENCE, TERRANCE  DOB: 12/24/1985  Progress Note: CARLOS MELETICHE, MD  01/10/2014
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterI...    10/6/2014

or dislocation CM MD.

**Procedures**
Splint:
    Type of splint Ortho-glass.
    Applied by Urgi MD.
    Examined post-splinting neurovascular signs intact, alignment good.

**Follow Up**
Clinic as needed (Reason: Left Wrist Injury)

Disposition: General Population
Notes: Splint/sling applied Analgesia as needed WF Ortho Followup

**Appointment Provider: CARLOS MELETICHE, MD**



**Electronically signed by Carlos Meletiche MD on 01/10/2014 at 11:12 PM EST**

**Sign off status: Completed**

**West Facility**
**16-06 Hazen Street**
**East Elmhurst, NY 11370**
**Tel: 718-546-4150**
**Fax:**



**Health**
**Correctional Health Services**

SPENCE, TERRANCE

NYSID: 01789814L BookCase: 8751400038
Facility Code: RNDC Housing Area: 2CN
28 Y old Male, DOB: 12/24/1985
DOWNSTATE C.F.. 10, DOWNSTATE, NY-10460

Insurance: Self Pay

Appointment Facility: Robert N. Davoren Center (Adolescents)

01/11/2014

Appointment Provider: Tasbirul Alam, MD

## Current Medications

Albuterol Sulfate HFA 108 (90 base)
MCG/ACT Aerosol Solution 2 puffs qid / prn,
stop date 04/09/2014
Zoloft 100 mg Tablet 150mg At Bedtime, stop
date 01/17/2014
Benadryl 100 mg Capsule 2 tabs At Bedtime,
stop date 01/17/2014

## Past Medical History

Asthma
DM Type 2
Traumatism, trauma
Amphetamine abuse
Cocaine dependence, episodic abuse
Polysubstance dependence

## Allergies

fish: anaphylaxis: Allergy

## Reason for Appointment

1. Urgicare return

## History of Present Illness

Notes::
    Patient with s/p left wrist sprain, covered with wrist splint came
from Urgicare; as per urgicare patient has a f/up to see orthopedic
specialist; he reports pain is dull in nature and not feeling pain at this
moment;.
VISIT COMPLEXITY SCALE:
    c/o NON-INTAKE ACUITY
    Non-Intake Acuity Scale 2: Complicated sick call (problem
requiring diagnostic evaluation, documented history, physical exam,
specified follow up) OR One chronic condition addressed with
components specified in (3)

## Vital Signs

| BP | | |
|---|---|---|
| Sitting: 110/70 | 01/11/2014 12:52:06 AM | Tasbirul Alam |
| **Pulse** | | |
| 70 | 01/11/2014 12:52:06 AM | Tasbirul Alam |
| **RR** | | |
| 14 | 01/11/2014 12:52:06 AM | Tasbirul Alam |
| **Temp** | | |
| 97.6 | 01/11/2014 12:52:06 AM | Tasbirul Alam |

## Examination

General Examination:
    GENERAL APPEARANCE: well-appearing, no acute distress
    HEENT: **HEAD:-**, normocephalic, atraumatic, **EYES:-**, PERRLA,
EOMI, **FUNDI:-**, disc not visualized, **EARS:-**, normal, **NOSE:-**,
normal pink mucosa, **THROAT:-**, clear, **ORAL CAVITY:-**, moist
mucosa,
    NECK: supple.

HEART: normal.

CHEST: normal.

LUNGS: clear to auscultation bilaterally.

ABDOMEN: soft, NT/ND, BS present.

SKIN: normal.

EXTREMITIES: left wrist is covered with a splint and hanged from collar sling.

PERIPHERAL PULSES: normal (2+) bilaterally

BACK: unremarkable.

MUSCULOSKELETAL: normal range of motion all joints except left wrist.

NEUROLOGIC EXAM: alert and oriented x 3, normal cranial nerves II-XII sensory & motor WNL, DTR 2 plus, CN's II-XII grossly intact, normal sensation, gait normal, babinski - negative.

MENTAL STATUS: alert, awake, oriented x 3, psychomotor activity normal, normal speech, good eye contact, euthymic mood.

## Assessments

1. JOINT PAIN-HAND - 719.44 (Primary), left wrist injury

## Treatment

**1. JOINT PAIN-HAND**

Start Ibuprofen Tablet, 400 MG, 1 tab, Orally, Three Times a Day, 5 days, Pharmacy, Refills 0

stable; on a splint; patient educated.

## Follow Up

prn

Disposition: General Population

## Addendum:

01/11/2014 04:17 AM Morgan, Audrey > Stat medications Zoloft tab. 150 mg po and Benadryl caps 200 mg. po given at 1:30 AM and well tolerated

**Appointment Provider: Tasbirul Alam, MD**



Electronically signed by Tasbirul Alam on 01/11/2014 at
01:06 AM EST

Sign off status: Completed

Robert N. Davoren Center (Adolescents)
11-11 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-6950
Fax:

Patient: SPENCE, TERRANCE   DOB: 12/24/1985   Progress Note: Tasbirul Alam, MD   01/11/2014

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

| Name | DIN | Date of Birth | Facility Name |
|------|-----|---------------|---------------|

**Subjective:** Court Return x 1½ mo

DCF

**Objective:** 1/10/14- C/o fx to L wrist
has# cast & ace bandage
-claims Sx ORIF. flu s/c
in AM

**Assessment:** no

**Plan:** OMH meds

Signature/Provider # _____ NFK RN Transcribing Order/Provider #/Date/Time _____

Last Name **Sperr, Terrance**
DIN **13A5242** Location _____
Date **2/19/14** Time **1225**
Provider Orders: Albuterol hfa pen

---

**Subjective:**

**Objective:**

**Assessment:**

**Plan:**

Signature/Provider # _____ RN Transcribing Order/Provider #/Date/Time _____

Last Name _____
DIN _____ Location _____
Date _____ Time _____
Provider Orders:

---

**Subjective:**

**Objective:**

**Assessment:**

**Plan:**

Signature/Provider # _____ RN Transcribing Order/Provider #/Date/Time _____

Last Name _____
DIN _____ Location _____
Date _____ Time _____
Provider Orders:

Continue entry into next box if necessary.

TO:     Security

FROM:     Medical

RE:     Name:    Spence Terrance

Number:    13A 5242

Cell: _____

DATE:

_____ Feed on Gallery   _____ days

_____ Rec on Gallery   _____ days

_____ No Recreation   _____ days

_____ No Shave   _____ days

_____ Cane Pass   _____ days

_____ Crutch Pass   _____ days

✓ Sneaker Pass   _____ days

✓ Cast and ace bandage x 5 days

Restricted to cell for   _____ days

Should report to sick call on _____

Date: 2/19/14

_____
Nurse Signature

_____
Physician of PA Signature

All restrictions will continue through the expiration date.

DN020

RECEIVED
SDNY PRO SE OFFICE

2015 DEC 16 AM 10: 17

"ment"

Terence Dawson
X 501
y Correctional Facility
Co NY 14011-0501

Pro-Se Intake unit
Clerk
United States District
Southern District of New Y
The Daniel Patrick Moynia
Courthouse
500 Pearl Street
New York, N.Y. 10007-

USM P3
SDNY

WYOMING
CORRECTIONAL
FACILITY