Oether, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

Terrance Spence,

                                      Plaintiff,

-against-

Terrance Spence v. New York City Department of Corrections, Commissioner Joseph Ponte; E.S.U. Captain McQuade; Lewis Finkelman; E.S.U. Captain Norman McQuade; C.O. Khary Depradine; C.O. Vito Summa; E.S.U. Officer Dukes; and E.S.U. Officer Dittomaso,

                                      Defendants.

------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-8848 (JPO)(GWG)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
January 6, 2016

| | |
|---|---|
| Terrance Spence<br>Five Points Correctional Facility<br>*Plaintiff* Pro Se<br>6600 State Route 96, Caller Box 119<br>Romulus, New York 14541 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants Department of*<br>   *Correction, Ponte, McQuade, Depradine,*<br>   *Summa, Dukes, and Dittomaso*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |

By: *Terrance Spence*    By: _____
    Terrance Spence                          Alexander Noble
    *Plaintiff* Pro Se                          *Assistant Corporation Counsel*

SO ORDERED:

Jan. 13, 2017

_____
J. PAUL OETKEN
United States District Judge

2